IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS A. CORCORAN *M.D.*

|  | : | CIVIL ACTION |
|---|---|---|
|  | : |  |
| vs. | : |  |
|  | : | NO. 15-742 |

STANDARD INSURANCE COMPANY

O R D E R


**AND NOW, TO WIT:** This 25th day of May, 2015,
it having been reported that the issues between the parties in the above action have been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court

s/carol d. james
**BY:**_____
Carol D. James
Deputy Clerk


Civ 2 (8/2000)
41(b).frm